AA
11/30/2021

**Sealed**

Public and unofficial staff access
to this instrument are
prohibited by court order.

**SEALED**
**OCDETF**

**BROWNSVILLE** DIVISION
FILE: 2021R01289

**CRIMINAL DOCKET**   NO. **B-21-184-S4**

Fourth Superseding Filed: <u>MARCH 5, 2024</u>
Third Superseding Filed: <u>OCTOBER 3, 2023</u>
Second Superseding Filed: <u>DECEMBER 22, 2022</u>
Superseding Filed: <u>DECEMBER 7, 2021</u>

<u>INDICTMENT</u>           Filed: <u>MARCH 2, 2021</u>   Judge: **FERNANDO RODRIGUEZ, JR.**
COUNTY: KENEDY

**ATTORNEYS:**

UNITED STATES OF AMERICA                        ALAMDAR S. HAMDANI, USA

vs.                                             K. ALEJANDRA ANDRADE, AUSA

DAVID GOMEZ-RAMOS (YOB: 1968)  Mexico (Cts.1-4)
GREGORIO SALINAS  (YOB: 1971)  USC  (Cts.1-3)
FRANCISCO JAVIER ALANIS MARTINEZ  (YOB: 1982)   (Cts.1-3)
GERARDO ALANIS MARTINEZ  (YOB: 1992)   (Cts. 1-3)   **(WARRANT)**

**CHARGE:**  Ct. 1: Conspiracy to possess with intent to distribute more than 5 kilograms of cocaine;
Total          21 USC 846, 841(a)(1), and 841(b)(1)(A)
Counts       Ct. 2: Possession with intent to distribute more than 5 kilograms, that is approx.
( 4 )          26.36 kilograms of cocaine;
               21 USC 841(a)(1) and 841(b)(1)(A) and 18 USC 2
             Ct. 3: Possession with intent to distribute more than 5 kilograms, that is approx.
               13.62 kilograms  of cocaine;
               21 USC 841(a)(1) and 841(b)(1)(A) and 18 USC 2
             Ct. 4: Possession with intent to distribute more than 5 kilograms, that is approx.
               22 kilograms of cocaine;
               21 USC 841(a)(1) and 841(b)(1)(A) and 18 USC 2
                        NOTICE OF FORFEITURE

**PENALTY:** Cts. 1 - 4: 10 years to life and/or fine not to exceed $10,000,000, plus supervised release term of at least 5 years up to life as to each ct.

In Jail:  X
On Bond:
No Arrest: X
HSI:  Florencio Vega

**P R O C E E D I N G S:**