UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**
October 01, 2024
Nathan Ochsner, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | Criminal No. 1:21−cr−00184 |
| | § | |
| Francisco Javier Alanis Martinez | § | |

**ORDER**

**The Defendant having been adjudicated Guilty in this cause, it is hereby ORDERED as provided by Local Rule 32 of the Southern District of Texas,**

1) That the investigation and preparation of the pre-sentence report be completed by **November 18, 2024**.

2) PRESENTENCE REPORTS AND RELATED DOCUMENTS ARE FILED UNDER SEAL BY THE PROBATION OFFICE ELECTRONICALLY IN THE COURT'S ELECTRONIC FILING SYSTEM (CM/ECF). THE NOTICE OF ELECTRONIC FILING (NEF) AUTOMATICALLY GENERATED BY THE COURT'S ELECTRONIC FILING SYSTEM NOTIFIES COUNSEL THEIR COPY OF THE REPORT CAN BE RETRIEVED UTILIZING THEIR FILING USER LOGIN AND PASSWORD ISSUED UPON ADMITTANCE TO THE BAR OF THIS COURT. (SEE ADMINISTRATIVE PROCEDURES FOR ELECTRONIC FILING IN CIVIL AND CRIMINAL CASES.) IN EXTENUATING CIRCUMSTANCES, PAPER COPIES MAY BE REQUESTED FROM THE PROBATION OFFICE BY COUNSEL. COUNSEL WILL THEN BE RESPONSIBLE FOR OBTAINING THE PAPER COPY OF THE REPORT AT THE PROBATION OFFICE IN THE CITY OF THE SENTENCING COURT, OR MAKING ARRANGEMENTS WITH THE PROBATION OFFICE FOR ALTERNATIVE DELIVERY, AT COUNSEL'S EXPENSE. THESE ARRANGEMENTS SHOULD BE CONFIRMED IN WRITING WITH THE PROBATION OFFICE. DELIVERY VIA FACSIMILE IS NOT AUTHORIZED. ALTERNATIVE DELIVERY EXTENDS NO TIME LIMITS.

3) Counsel shall file objections in writing to the report (including the alleged facts of the offense and applicability to the sentencing guidelines) by **December 2, 2024**. If there is no objection, likewise a statement signed by Counsel and the Defendant shall be filed.

4) After further investigation the pre-sentence officer shall submit a final report by **December 16, 2024**.

5) This case is set for sentencing hearing on **January 14, 2025 at 08:30 AM**.

Signed on October 1, 2024 at Brownsville, Texas.

_____
Fernando Rodriguez, Jr.
United States District Judge