UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | 1:21-cr-00184-7 |
| FRANCISCO ALANIS | § § | |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE FERNANDO RODRIGUEZ JR.:

    The Defendant in the above styled and numbered cause, Francisco Alanis gives notice of his intent to appeal his sentence to the United States Court of Appeals for the Fifth Circuit.

    Respectfully Submitted,

    By:   /s/ Carlos A. García
        Carlos A. García
        State Bar No. 24048934
        Southern District of Texas Bar No.: 589236
        1305 East Griffin Parkway
        Mission, Texas 78572
        Tel. (956) 584-1448
        Fax: (956) 584-7402

## **CERTIFICATE OF SERVICE**

  I, Carlos A. García, hereby certify that on July 21, 2025, a true and correct copy of the above and foregoing Defendant's Notice of Appeal was forwarded to Assistant United States Attorneys in charge of this case, at the McAllen Federal Courthouse.


                ___/s/_ Carlos A. García_____
                Carlos A. García